IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-00555-WDM-MEH

IN THE MATTER OF THE ESTATE OF JEAN KNAUB, by and through her special administrator Catherine Seal,

    Plaintiff,

v.

KIRK W. SAVAGE,

    Defendant.

## ORDER OF DISMISSAL

Miller, J.

On April 6, 2006, I issued an Order to Show Cause directing plaintiff, the Estate of Jean Knaub (the Estate), to show cause on or before April 21, 2006, why this case should not be dismissed for lack of subject matter jurisdiction. My order informed the Estate that failure to respond would result in dismissal of the case without further notice. The Estate has not responded to the order, nor has it sought additional time to do so.

Accordingly, it is ordered that this case is dismissed without prejudice for lack of subject matter jurisdiction.

DATED at Denver, Colorado, on April 25, 2006.

                                                  BY THE COURT:

                                                  s/ Walker D. Miller
                                                  United States District Judge

PDF FINAL